IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN MENGES, GAYLORD RICHARD QUAYLE, CAROL MUZZARELLI, KELLY HUBBLE, MELANIE ANTUMA, JIM LYNCH and AMANDA VARNER, <br><br>    Plaintiffs, <br><br>WALGREENS, <br><br>    Intervenor-Plaintiff, <br><br>-vs- <br><br>ROD R. BLAGOJEVICH, Governor; DEAN MARTINEZ, Secretary of the Illinois Department of Financial and Professional Regulation; and DANIEL E. BLUTHARDT, Director of the Illinois Division of Professional Regulation, in their official capacities, <br><br>    Defendants. | No. 05-3307 <br><br> Hon. Jeanne Scott <br><br> Hon. Byron Cudmore |

## MOTION OF PLAINTIFF WALGREEN CO. TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Mutual Agreement and Understanding ("Agreement") executed in the above-captioned matter among Plaintiff Walgreen Co. ("Walgreens") and Defendants, and the final regulation having been promulgated pursuant to that Agreement, Plaintiff Walgreens hereby respectfully moves this Court to dismiss its claims against Defendants in the above-captioned action with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

   s/Frederick P. Velde
Frederick P. Velde, #2893908
HEYL, ROYSTER, VOELKER & ALLEN
P.O. Box 1687
Springfield, Illinois  62705
Phone:  217-522-8822, Ext. 216
Fax:  217-523-3902
E-mail:  fvelde@hrva.com

Jonathan D. Lotsoff
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Fax:  (312) 853-7036
Email:  jlotsoff@sidley.com

Edward R. McNicholas
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC  20005
Telephone:  (202) 736-8000
Fax:  (202) 736-8711
Email:  emcnicholas@sidley.com

*Attorneys for Plaintiff Walgreen Co.*

CH1 4176825v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2008, I electronically filed with the Clerk of the Court the foregoing MOTION OF PLAINTIFF WALGREEN CO. TO DISMISS using the CM/EFC system which will send notification of such filing to the following:

Dawn D. Behnke; dawn@lyblaw.com

Matthew D. Bilinsky; mbilinsky@atg.state.il.us

Terence J. Corrigan; tcorrigan@atg.state.il.us

Jonathan D. Lotsoff; jlotsoff@sidley.com

Francis J. Manion; fmanion@aol.com

Edward R. McNicholas; emcnicholas@sidley.com

Geoffrey R. Surtees; gsurtees@aclj.org

Duane D. Young; duane@lyblaw.com

Respectfully submitted,

　　　s/ Frederick P. Velde

Frederick P. Velde, #2893908
HEYL, ROYSTER, VOELKER & ALLEN
P.O. Box 1687
Springfield, Illinois 62705
Phone: (217) 522-8822, Ext. 216
Fax: (217) 523-3902
E-mail: fvelde@hrva.com